UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on August 25, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Jan Marasek
Joan Byron Marasek

Case No.: 08-30919-MBK

Chapter: 7

Judge: MBKaplan

# ORDER REGARDING REQUEST FOR EXEMPTION FROM:

☐ **CREDIT COUNSELING REQUIRED UNDER 11 U.S.C. § 109(h)(1)**

☒ **PARTICIPATION IN FINANCIAL MANAGEMENT COURSE REQUIRED UNDER 11 U.S.C. § 727(a)(11) or 1328(g)(1)**

☐ **REQUIREMENT TO FILE CERTIFICATION IN SUPPORT OF DISCHARGE REQUIRED UNDER U.S.C. § 1328(a)**

The relief set forth on the following pages, numbered two (2) and three (3) is **ORDERED**.

**DATED: August 25, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having been presented sua sponte by the Court pursuant to 11 U.S.C. § 109(h)(4), and for good cause shown, it is

ORDERED that:

__X__ The debtor's request is GRANTED; the debtor is hereby exempt from:

- ☐ obtaining budget and credit counseling required under 11 U.S.C. § 109(h)(1) and filing a Certificate of Credit Counseling,

- ☒ participating in a Financial Management Course as required under 11 U.S.C. § 727(a)(11), or 1328(g)1(1) and filing a Certification of Completion of Instructional Course Concerning Financial Management (Official Form B23),

- ☐ filing a Certification in Support of Discharge concerning Domestic Support Obligation as required by 11 U.S.C. § 1328(a).

_____ The debtor's request for an exemption is DENIED, and

- ☐ the debtor must obtain budget and credit counseling from a United States Trustee approved credit counseling agency and file a *Certificate of Credit Counseling* on or before fourteen (14) days from the date the debtor's petition was filed or the case will be dismissed without further notice,

- ☐ the debtor must participate in a Financial Management Course conducted by a United States Trustee approved agency, and file a *Debtor's Certification of Completion of Instructional Course Concerning Financial Management (Official Form B23)*,

- ☐ the debtor must file a *Certification in Support of Discharge* concerning domestic support obligations as required under 11 U.S.C. § 1328(a).

The documents highlighted above must be filed

- ☐ on or before the last day to object to discharge has expired,

or

- ☐ on or before the last payment is made to the Standing Trustee on the Debtor's plan.

Failure to do so will result in the debtor's case being closed without the debtor having received a discharge.

2

United States Bankruptcy Court
District of New Jersey

In re:  
Jan Marasek  
Joan Byron Marasek  
    Debtors

Case No. 08-30919-MBK  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Aug 25, 2017  
                      Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2017.  
db/jdb      +Jan Marasek,    Joan Byron Marasek,    PO Box 101,    Clarksburg, NJ 08510-0101

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2017                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2017 at the address(es) listed below:

       Albert Russo    docs@russotrustee.com  
       Andrew D. Reese    on behalf of Creditor    State of New Jersey, Department of Environmental Protection andrew.reese@dol.lps.state.nj.us  
       Anthony J. LaBruna, Jr.    on behalf of Interested Party    The United States of America anthony.labruna@usdoj.gov  
       David A. Kasen    on behalf of Unknown Role Type David A. Kasen dkasen@kasenlaw.com  
       Deirdre Woulfe Pacheco    on behalf of Creditor    Wilentz, Goldman & Spitzer As Creditor Pro Se dpacheco@wilentz.com  
       Jay B. Feldman    on behalf of Creditor    Wilentz, Goldman & Spitzer As Creditor Pro Se jfeldman@hulsewynter.com  
       Jeanette F. Frankenberg    on behalf of Unknown Role Type Anthony   Coppola cmecf@sternlav.com  
       Linda S. Fossi    on behalf of Creditor    U.S. Bank Cust for Pro Capital I, LLC lfossi@zeitzlawfirm.com, gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com  
       Michael Sklar    msklar@ajwillnerauctions.com  
       Theodore Liscinski, Jr.    on behalf of Trustee Theodore   Liscinski, Jr. NJ97@ecfcbis.com;maureenhart@verizon.net  
       Theodore Liscinski, Jr.    NJ97@ecfcbis.com;maureenhart@verizon.net  
       Theodore Liscinski, Jr.    on behalf of Plaintiff Theodore   Liscinski, Jr. tedliscinski@verizon.net, maureenhart@verizon.net  
       Vincent Paul Manning    on behalf of Creditor    Manning, Caliendo & Thomson, P.A. vmanning@freeholdlawyers.com

                                                         TOTAL: 13