Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                    Case No.:  08–30919–MBK
                    Chapter:  7
                    Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Jan Marasek | Joan Byron Marasek |
| PO Box 101 | aka Joan Byron |
| Clarksburg, NJ 08510 | PO Box 101 |
| | Clarksburg, NJ 08510 |

Social Security No.:
  xxx–xx–8493                                 xxx–xx–9370

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Theodore Liscinski Jr. is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>August 28, 2017</u>                   <u>Michael B. Kaplan</u>
                                                    Judge, United States Bankruptcy Court